UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DPIX LLC, | ) | Case No.: C 10-03438 EJD (PSG) |
|           Plaintiff, | ) ) | **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, ET AL., | ) ) ) | (Re: Docket No. 39) |
|           Defendants. | ) ) | |

The parties have submitted a stipulated proposed protective order to the court for approval. A portion of the proposed protective order, however, must be revised. Paragraph 9 states that, "any document or transcript designated as 'Confidential Pursuant to Court Order' or 'Confidential' which is lodged or filed with the Court shall be maintained under seal by the Clerk and shall be made available only to the Court and to counsel for the parties until further order of this Court." The correct procedure for filing documents under seal with the court, however, is described in Civ. L.R. 79-5. Paragraph 12.3 of the Northern District of California's Model Stipulated Protective Order for Standard Litigation contains the preferable language for describing this procedure in a protective order.[1] Accordingly,

---

[1] This form can be downloaded from the Northern District of California's website at www.cand.uscourts.gov. Select the "Forms" tab and then "Stipulated Protective Orders."

1

Case No.: 10-3438 EJD (PSG)
ORDER

IT IS HEREBY ORDERED that the parties shall submit a revised proposed protective order in which Paragraph 9 is replaced with the language from Paragraph 12.3 from the Model Stipulated Protective Order for Standard Litigation. If the parties wish to modify this model language, they must also submit a redlined version of the proposed protective order indicating what language has been changed from the model and an explanation for any such changes.

Dated: 8/4/2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge