Randy M. Hess, Esq. (SBN 88635)
rhess@ahk-law.com
Pamela A. Bower, Esq. (SBN 151701)
pbower@ahk-law.com
ADLESON, HESS & KELLY, PC
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Plaintiff
dpiX, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

dpiX, LLC,

Plaintiff,

vs.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, ZURICH NORTH AMERICA, ZURICH AMERICAN INSURANCE CORPORATION, ZURICH AMERICAN INSURANCE GROUP, and DOES 1 through 50, inclusive,

Defendants.

Case No.: C10-03438 EJD

**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

Plaintiff and defendants, through their undersigned counsel, hereby stipulate to the following:

1. The Case Management Conference is currently scheduled in the above-captioned matter for September 23, 2011 at 10:00 a.m. in Courtroom 1 of this Court. Plaintiff's counsel has a calendar conflict and requests the Court continue the Case Management Conference until either September 30, 2011 or October 14, 2011, so that trial counsel may personally attend.

2. Counsel has confirmed with all other counsel that the conference may be

continued to either September 30, 2011 or October 14, 2011. All counsel are available on both dates.

3. THEREFORE, the parties hereby stipulate to continue the pending Case Management Conference scheduled for September 23, 2011 to either September 30, 2011 or October 14, 2011, or to the next available date on the Court's calendar, and respectfully request the Court continue the Case Management Conference to September 23, 2011 or October 14, 2011, or to the next available date on the Court's calendar.

IT IS SO STIPULATED.

Dated: September 8, 2011

By: [signature]
Randy M. Hess
Pamela Bower
Adleson, Hess & Kelly, APC
Attorneys for Plaintiff dpiX, LLC

Dated: September 7, 2011

By: [signature]
Jonathan Gross
Vivian Lerche
Bishop Barry Drath
Attorneys for Defendants

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2ND FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

Case #: C10-03438 EJD STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

2

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation stated above and for good cause appearing, the Case Management Conference scheduled for September 23, 2011 is hereby continued to October 14, 2011, at 10:00 a.m. The parties are to file a Joint Case Management Statement seven days prior to the conference.

IT IS SO ORDERED.

Dated: September 12, 2011

The Honorable Edward J. Davilla
United States District Judge

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

Case #: C10-03438 EJD STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

3