UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DPIX, LLC, | Case No. 5:10-03438 EJD |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, ET AL., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on January 20, 2012. Based on the parties' Supplemental Joint Case Management Statement and proposed schedule (see Docket Item No. 50), the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

1  Each side may take 20 depositions (excluding experts and including those taken to date).

2  Each side may propound 150 interrogatories (including those already propounded).

3  Each side may serve 100 requests for admission.

4      IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

5  referred to the assigned Magistrate Judge.

6      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | August 31, 2012 |
| Designation of Opening Experts with Reports | September 14, 2012 |
| Designation of Rebuttal Experts with Reports | September 28, 2012 |
| Expert Discovery Cutoff | October 15, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | November 9, 2012 |
| Preliminary Pretrial Conference | 11:00 a.m. on November 16, 2012 |
| Joint Preliminary Pretrial Conference Statement | November 6, 2012 |

    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: January 17, 2012

                                      EDWARD J. DAVILA
                                      United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."